AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CYNTHIA ROBINSON,
      Plaintiff,

                 JUDGMENT IN A CIVIL CASE

      v.

JOHN E. MAXWELL, Toppenish County Municipal Court Judge,
      Defendant.

CASE NUMBER: CV-08-3009-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Dismissing Action With Prejudice entered on May 20, 2008 (Ct. Rec. 8), Plaintiff's First Amended Complaint (Ct. Rec. 7) is DISMISSED with prejudice for failing to state a claim upon which relief may be granted.

May 20, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas